IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EARNEST B. CAFFEY, )
 )
             Plaintiff, )
 )
    v. )  No. 05 C 1523
 )  USCA No. 05-1921
EEOC DEPT OF BD REVIEW and GROEN )
DIVISION DOVER CORPORATION, )
 )
             Defendants. )

MEMORANDUM ORDER

More than a year has passed since the entry of this Court's May 4, 2005 memorandum order that (1) addressed the earlier legally frivolous filing by Earnest Caffey, the dismissal of which had generated his then-attempted appeal, and consequently (2) denied his motion for leave to pursue that appeal in forma pauperis. This Court's review of the docket reflects that our Court of Appeals then affirmed this Court's denial of that motion last July.

Now Caffey has resurfaced with two filings that--if possible--are even more impenetrable than what he had previously submitted. Again those filings must be viewed as frivolous in the legal sense, and whatever relief Caffey seeks this time (something that is also totally unclear) is denied.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date:  June 1, 2006